UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

James Paul Baratta #292848

Case No. 18-mc-80206-JD

**ORDER OF SUSPENSION**

Because James Paul Baratta has failed to respond to the Order to Show Cause, James Paul Baratta's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated: January 7, 2019

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

1 UNITED STATES DISTRICT COURT

2 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>James Paul Baratta #292848 | Case No. 18-mc-80206-JD<br><br>**CERTIFICATE OF SERVICE** |

  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

  That on 1/7/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Paul Baratta
31421 Juliana Farms Rd.
San Juan Capistrano, CA 92675

Dated: 1/7/2019

             Susan Y. Soong
             Clerk, United States District Court

             By: *Lisa R. Clark*
             _____
             Lisa R. Clark, Deputy Clerk to the
             Honorable  James Donato